DANIEL J. BRODERICK, #89424
Federal Defender
MARY M. FRENCH, #126643
Supervising Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MARIA MARTINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     v.<br><br>JAVIER BERNAL ORTIZ, and<br>MARIA MARTINEZ,<br><br>             Defendants. | NO. CR-S-08-0068 EJG<br><br>STIPULATION AND ORDER CONTINUING<br>STATUS CONFERENCE<br><br>Date:  June 13, 2008<br>Time:  10:00 a.m.<br>Judge: Hon. Edward J. Garcia |

It is hereby stipulated between the parties, Jason Hitt, Assistant United States Attorney, attorney for plaintiff, Mary M. French, Supervising Assistant Federal Defender, attorney for defendant MARIA MARTINEZ, and Robert Daniel Byers, attorney for defendant JAVIER BERNAL ORTIZ, that the Status Conference hearing date of May 16, 2008, is vacated and a new Status Conference hearing date of June 13, 2008, at 10:00 a.m. is hereby set.

This continuance is requested because defense counsel is in the process of conducting investigation and preparation.  All discovery materials have to be translated into Spanish and this is taking

1 additional time.  Defense counsel is also evaluating what motions may
2 be necessary and conducting research in connection with possible
3 motions.  In addition, Mr. Byers is in the process of moving his office
4 and Mr. Hitt is out of the office this week.
5     It is further stipulated that the period from May 16, 2008,
6 through and including June 13, 2008, should be excluded pursuant to
7 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of
8 counsel and defense preparation.

Dated:  May 14, 2008                Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender


                                      /s/ Mary M. French
                                    _____
                                    MARY M. FRENCH
                                    Supervising Assistant
                                    Federal Defender
                                    Attorney for Defendant
                                    MARIA MARTINEZ


                                    /s/ Mary M. French for
                                        Robert Daniel Byers
                                    _____
                                    ROBERT DANIEL BYERS
                                    Attorney for Defendant
                                    JAVIER BERNAL ORTIZ

Dated:  May 14, 2008                McGREGOR W. SCOTT
                                    United States Attorney


                                    /s/  Mary M. French for
                                        Jason Hitt
                                    _____
                                    JASON HITT
                                    Assistant U.S. Attorney
                                    per telephonic authorization

//
//
//

Stipulation and Order/Martinez      -2-

1  IT IS SO ORDERED.

2  Dated: May 14, 2008

3                                        /s/ Edward J. Garcia
                                      EDWARD J. GARCIA

4                                        United States District Judge