```
McGREGOR W. SCOTT
United States Attorney
JASON HITT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916)554-2751
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR-S-08-0068 EJG |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | CONTINUING STATUS CONFERENCE |
| v. ) | AND EXCLUDING TIME |
| ) | |
| JAVIER BERNAL ORTIZ, and ) | |
| MARIA MARTINEZ, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

     Plaintiff, United States of America, by its counsel, Assistant United States Attorney Jason Hitt, and defendant Javier BERNAL ORTIZ, by and through his counsel Robert Byers, Esq., and defendant Maria MARTINEZ, by and through her counsel Mary French, Esq., hereby stipulate and agree that the status conference currently set for Friday, July 18, 2008, at 10:00 a.m. should be continued to Friday, September 5, 2008, at 10:00 a.m.

     The requested continuance is based upon the need of defense counsel to meet with their clients and the government to discuss a resolution of the two cases. The parties believe a resolution of the case against both defendants by guilty plea may be accomplished before the next court appearance. The parties further agree and stipulate that the period between July 18, 2008, and September 5, 2008, should be excluded from computed time for commencement of trial

under the Speedy Trial Act, based upon the interests of justice under 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, to allow continuity of counsel, reasonable time necessary for effective defense preparation, and discuss resolution of the case with the government.

                                                Respectfully Submitted,

                                                McGREGOR W. SCOTT
                                                United States Attorney

DATED: July 17, 2008          By:  /s/Jason Hitt
                                                JASON HITT
                                                Assistant U.S. Attorney

DATED: July 17, 2008          By:  /s/Jason Hitt
                                                Telephonically authorized to sign
                                                for Mr. Byers on 07-14-08
                                                ROBERT DANIEL BYERS, Esq.
                                                Attorney for Javier BERNAL ORTIZ

DATED: July 17, 2008          By:  /s/Jason Hitt
                                                Telephonically authorized to sign
                                                for Ms. French on 07-16-08
                                                MARY FRENCH, Esq.
                                                Attorney for Maria MARTINEZ

**ORDER**

Based upon the representations and stipulation of counsel, **IT IS HEREBY ORDERED** that:

1. The Status Conference set for July 18, 2008, at 10:00 a.m., is vacated and continued to September 5, 2008, at 10:00 a.m.; and

2. The Court finds that the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded up to and including September 5, 2008.

**IT IS SO ORDERED.**

DATED: July 17, 2008         /s/ Edward J. Garcia
                             EDWARD J. GARCIA
                             United States District Judge