1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MARY M. FRENCH, #126643
   Supervising Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  MARIA MARTINEZ

7

8
                  IN THE UNITED STATES DISTRICT COURT
9
              FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11

12 UNITED STATES OF AMERICA,      )  NO. CR-S-08-0068 EJG
                                  )
13            Plaintiff,          )
                                  )  STIPULATION AND ORDER CONTINUING
14    v.                          )  STATUS CONFERENCE
                                  )
15 JAVIER BERNAL ORTIZ, and       )  Date:  January 21, 2009
   MARIA MARTINEZ,                )  Time:  10:00 a.m.
16                                )  Judge: Hon. Edward J. Garcia
              Defendants.         )
17                                )
   _____)
18

19      It is hereby stipulated between the parties, Jason Hitt, Assistant

20 United States Attorney, attorney for plaintiff; Mary M. French,

21 Supervising Assistant Federal Defender, attorney for defendant MARIA

22 MARTINEZ; and Robert Daniel Byers, attorney for defendant JAVIER BERNAL

23 ORTIZ, that the Status Conference hearing date of December 12, 2008, be

24 vacated and a new Status Conference hearing date of January 21, 2009,

25 at 10:00 a.m. be set.

26      This continuance is requested because the parties have met to

27 discuss a proposed plea agreement, and the parties are looking into

28 certain facts and conducting investigation to resolve some remaining

1   issues in the case that will affect the proposed resolution and

2   guidelines calculations.  After the final issues are resolved, a

3   revised agreement will be prepared and more time is needed to iron out

4   the details and reduce it to writing.  In addition, Mr. Byers just

5   completed a trial.

6        It is further stipulated that the period from December 12, 2008,

7   through and including January 21, 2009, should be excluded pursuant to

8   18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of

9   counsel and defense preparation.

10  Dated: December 9, 2008              Respectfully submitted,

11                                       DANIEL J. BRODERICK
                                         Federal Defender
12
                                         /s/ Mary M. French
13                                       _____
                                         MARY M. FRENCH
14                                       Supervising Assistant
                                         Federal Defender
15                                       Attorney for Defendant
                                         MARIA MARTINEZ
16

17  Dated: December 9, 2008              /s/ Mary M. French for
                                             Robert Daniel Byers
18                                       _____
                                         ROBERT DANIEL BYERS
19                                       Attorney for Defendant
                                         JAVIER BERNAL ORTIZ
20

21  Dated: December 9, 2008              McGREGOR W. SCOTT
                                         United States Attorney
22
                                         /s/  Mary M. French for
23                                            Jason Hitt
                                         _____
24                                       JASON HITT
                                         Assistant U.S. Attorney
25

26  ///

27  ///

28  ///

1   IT IS SO ORDERED.

2   Dated: December 9, 2008

3

4                                        /s/ Edward J. Garcia
                                         EDWARD J. GARCIA
5                                        United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28