```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  MARY M. FRENCH, #126643
    Supervising Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  MARIA MARTINEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR-S-08-0068 EJG |
| Plaintiff, | |
| v. | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| JAVIER BERNAL ORTIZ, and MARIA MARTINEZ, | Date: February 27, 2009<br>Time: 10:00 a.m.<br>Judge: Hon. Edward J. Garcia |
| Defendants. | |

It is hereby stipulated between the parties, Jason Hitt, Assistant United States Attorney, attorney for plaintiff; Mary M. French, Supervising Assistant Federal Defender, attorney for defendant MARIA MARTINEZ; and Robert Daniel Byers, attorney for defendant JAVIER BERNAL ORTIZ, that the Status Conference hearing date of January 21, 2009, be vacated and a new Status Conference hearing date of February 27, 2009, at 10:00 a.m. be set.

This continuance is requested because the parties are discussing a proposed resolution and need more time to revise the plea agreement.

///

1    It is further stipulated that the period from January 21, 2009,
2 through and including February 27, 2009, should be excluded pursuant to
3 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of
4 counsel and defense preparation.

Dated: January 21, 2009          Respectfully submitted,

                                 DANIEL J. BRODERICK
                                 Federal Defender

                                 */s/ Mary M. French*
                                 _____
                                 MARY M. FRENCH
                                 Supervising Assistant
                                 Federal Defender
                                 Attorney for Defendant
                                 MARIA MARTINEZ

Dated: January 21, 2009          */s/ Mary M. French for*
                                     *Robert Daniel Byers*
                                 _____
                                 ROBERT DANIEL BYERS
                                 Attorney for Defendant
                                 JAVIER BERNAL ORTIZ

Dated: January 21, 2009          LAWRENCE G. BROWN
                                 Acting United States Attorney

                                 */s/  Mary M. French for*
                                     *Jason Hitt*
                                 _____
                                 JASON HITT
                                 Assistant U.S. Attorney

**IT IS SO ORDERED.**

Dated: January 20, 2009


                                 /s/ EdwardJ. Garcia
                                 _____
                                 EDWARD J. GARCIA
                                 United States District Judge