1    DANIEL J. BRODERICK, #89424
     Federal Defender
2    MARY M. FRENCH, #126643
     Supervising Assistant Federal Defender
3    Designated Counsel for Service
     801 I Street, 3rd Floor
4    Sacramento, California 95814
     Telephone: (916) 498-5700
5
     Attorney for Defendant
6    MARIA MARTINEZ

7

8
                       IN THE UNITED STATES DISTRICT COURT
9
                     FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11

12   UNITED STATES OF AMERICA,        ) NO. CR-S-08-0068 EJG
                                       )
13                  Plaintiff,         )
                                       ) STIPULATION AND ORDER CONTINUING
14        v.                           ) STATUS CONFERENCE
                                       )
15   JAVIER BERNAL ORTIZ, and          ) Date:  March 27, 2009
     MARIA MARTINEZ,                   ) Time:  10:00 a.m.
16                                     ) Judge: Hon. Edward J. Garcia
                    Defendants.        )
17                                     )
     _____ )
18

19        It is hereby stipulated between the parties, Jason Hitt, Assistant

20   United States Attorney, attorney for plaintiff; Mary M. French,

21   Supervising Assistant Federal Defender, attorney for defendant MARIA

22   MARTINEZ; and Robert Daniel Byers, attorney for defendant JAVIER BERNAL

23   ORTIZ, that the Status Conference hearing date of February 27, 2009, be

24   vacated and a new Status Conference hearing date of March 27, 2009, at

25   10:00 a.m. be set.

26        This continuance is requested because Mr. Byers is presently in

27   trial and needs more time to present a revised plea agreement to his

28   client.

1  It is further stipulated that the period from February 27, 2009,

2  through and including March 27, 2009, should be excluded pursuant to

3  18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of

4  counsel and defense preparation.

5  Dated: February 24, 2009                Respectfully submitted,

6                                          DANIEL J. BRODERICK
                                           Federal Defender
7
                                           */s/ Mary M. French*
8                                          _____
                                           MARY M. FRENCH
9                                          Supervising Assistant
                                           Federal Defender
10                                         Attorney for Defendant
                                           MARIA MARTINEZ
11

12  Dated: February 24, 2009                */s/ Mary M. French for*
                                           *   Robert Daniel Byers*
13                                         _____
                                           ROBERT DANIEL BYERS
14                                         Attorney for Defendant
                                           JAVIER BERNAL ORTIZ
15

16  Dated: February 24, 2009                LAWRENCE G. BROWN
                                           Acting United States Attorney
17
                                           */s/  Mary M. French for*
18                                         *    Jason Hitt*

19                                         _____
                                           JASON HITT
20                                         Assistant U.S. Attorney

21

22  **IT IS SO ORDERED.**

23  Dated: February 24, 2009
                                           /s/ Edward J. Garcia
24                                         _____
                                           EDWARD J. GARCIA
25                                         United States District Judge

26

27

28