1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MARY M. FRENCH, #126643
   Supervising Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  MARIA MARTINEZ

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11

12 UNITED STATES OF AMERICA,        )  NO. CR-S-08-0068 EJG
                                    )
13              Plaintiff,          )
                                    )  STIPULATION AND ORDER CONTINUING
14      v.                          )  STATUS CONFERENCE
                                    )
15 JAVIER BERNAL ORTIZ, and         )  Date:  May 15, 2009
   MARIA MARTINEZ,                  )  Time:  10:00 a.m.
16                                  )  Judge: Hon. Edward J. Garcia
                Defendants.         )
17                                  )
   _____    )
18

19      It is hereby stipulated between the parties, Jason Hitt, Assistant

20 United States Attorney, attorney for plaintiff; Mary M. French,

21 Supervising Assistant Federal Defender, attorney for defendant MARIA

22 MARTINEZ; and Robert Daniel Byers, attorney for defendant JAVIER BERNAL

23 ORTIZ, that the Status Conference hearing date of March 27, 2009, be

24 vacated and a new Status Conference hearing date of May 15, 2009, at

25 10:00 a.m. be set.

26      This continuance is requested because the parties are working on a

27 proposed resolution.  In addition, Mr. Hitt is out of the office on

28 paternity leave due to the birth of his baby.

It is further stipulated that the period from March 27, 2009, through and including May 15, 2009, should be excluded pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of counsel and defense preparation.

Dated: March 24, 2009　　　　　　　　　Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Mary M. French
_____
MARY M. FRENCH
Supervising Assistant
Federal Defender
Attorney for Defendant
MARIA MARTINEZ

Dated: March 24, 2009　　　　　　　　　/s/ Mary M. French for
　　　　　　　　　　　　　　　　　　　　Robert Daniel Byers
_____
ROBERT DANIEL BYERS
Attorney for Defendant
JAVIER BERNAL ORTIZ

Dated: March 24, 2009　　　　　　　　　LAWRENCE G. BROWN
Acting United States Attorney

/s/ Mary M. French for
　　Jason Hitt
_____
JASON HITT
Assistant U.S. Attorney

**O R D E R**

**IT IS SO ORDERED.**

Dated: March 25, 2009

/s/ Edward J. Garcia
_____
EDWARD J. GARCIA
United States District Judge