```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  MARY M. FRENCH, #126643
    Supervising Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  MARIA MARTINEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. CR-S-08-0068 EJG |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER CONTINUING |
| v. | ) STATUS CONFERENCE |
| | ) |
| JAVIER BERNAL ORTIZ, and | ) Date: June 5, 2009 |
| MARIA MARTINEZ, | ) Time: 10:00 a.m. |
| | ) Judge: Hon. Edward J. Garcia |
| Defendants. | ) |
| _____ | ) |

It is hereby stipulated between the parties, Jason Hitt, Assistant United States Attorney, attorney for plaintiff; Mary M. French, Supervising Assistant Federal Defender, attorney for defendant MARIA MARTINEZ; and Robert Daniel Byers, attorney for defendant JAVIER BERNAL ORTIZ, that the Status Conference hearing date of May 15, 2009, be vacated and a new Status Conference hearing date of June 5, 2009, at 10:00 a.m. be set.

This continuance is requested because the parties are still working on a proposed resolution.

///

It is further stipulated that the period from May 15, 2009, through and including June 5, 2009, should be excluded pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of counsel and defense preparation.

Dated: May 14, 2009   Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Mary M. French
_____
MARY M. FRENCH
Supervising Assistant
Federal Defender
Attorney for Defendant
MARIA MARTINEZ

Dated: May 14, 2009   /s/ Mary M. French for
          Robert Daniel Byers
_____
ROBERT DANIEL BYERS
Attorney for Defendant
JAVIER BERNAL ORTIZ

Dated: May 14, 2009   LAWRENCE G. BROWN
Acting United States Attorney

/s/ Mary M. French for
   Jason Hitt
_____
JASON HITT
Assistant U.S. Attorney

**O R D E R**

**IT IS SO ORDERED.**

Dated: May 14, 2009

/s/ Edward J. Garcia
_____
EDWARD J. GARCIA
United States District Judge