1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  DOUGLAS J. BEEVERS, #VI 766
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  MARIA MARTINEZ

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11 UNITED STATES OF AMERICA,       ) NO. CR-S-08-0068 EJG
                                   )
12             Plaintiff,          )
                                   ) STIPULATION AND ORDER CONTINUING
13     v.                          ) STATUS CONFERENCE
                                   )
14 JAVIER BERNAL ORTIZ, and        ) Date: December 4, 2009
   MARIA MARTINEZ,                 ) Time: 10:00 a.m.
15                                 ) Judge: Hon. Edward J. Garcia
               Defendants.         )
16                                 ) **AS MODIFIED**
   _____ )
17

18     It is hereby stipulated between the parties, Jason Hitt, Assistant

19 United States Attorney, attorney for plaintiff and Douglas J. Beevers,

20 Assistant Federal Defender, attorney for defendant Maria Martinez, that

21 the Status Conference hearing date of November 20, 2009 at 10:00 a.m.

22 be vacated and a new Status Conference hearing date of December 4,

23 2009, at 10:00 a.m. be set.

24     This continuance is requested because the parties are still

25 working on a proposed resolution, and defense needs time to interview

26 witnesses.

27     It is further stipulated that the period from November 20, 2009,

28 through and including December 4, 2009, should be excluded pursuant to

1  18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4 based upon continuity of
2  counsel and defense preparation.

3  Dated: November 18, 2009          Respectfully submitted,

4                                    DANIEL J. BRODERICK
                                     Federal Defender
5
                                     /s/ Douglas J. Beevers
6                                    _____
                                     DOUGLAS J. BEEVERS
7                                    Assistant Federal Defender
                                     Attorney for Defendant
8                                    MARIA MARTINEZ

9
   Dated: November 18, 2009          BENJAMIN B. WAGNER
10                                   United States Attorney

11
                                     /s/ Jason Hitt
12                                   _____
                                     JASON HITT
13                                   Assistant U.S. Attorney

14

15

16                                **O R D E R**

17      UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is
18  ordered that the status conference presently set for November 20, 2009
19  be continued to *December 16, 2009, at 10:00 a.m.  Based on the
20  representation of defense counsel and good cause appearing therefrom,
21  the Court hereby finds that the failure to grant a continuance in this
22  case would deny defendant reasonable time necessary for effective
23  preparation, taking into account the exercise of due diligence.  The
24  Court finds that the ends of justice to be served by granting a
25  continuance outweigh the best interests of the public and the defendant
26  in a speedy trial.  It is ordered that time from the date of this
27  Order, to and including, the December 16, 2009 status conference shall
28  be excluded from computation of time within which the trial of this

matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow defense counsel time to prepare.

IT IS SO ORDERED.

Dated: November 19, 2009

/S/ Edward J. Garcia
EDWARD J. GARCIA
United States District Judge